IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHNNY M. YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 99-B-0579-S |
| ) | |
| WARDEN BILLY MITCHEM; MYRA SALTER, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

On October 25, 2000 an evidentiary hearing was conducted in the above-styled case. The magistrate judge entered his findings and recommendation on October 27, 2000, recommending that judgment be entered in favor of defendants. Plaintiff filed objections on November 8, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. A Final Judgment will be entered.

DONE this the 20th day of November, 2000.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

